**Richard F. TREST, Petitioner–Appellant,**

v.

**Burl CAIN, Warden, Louisiana State Penitentiary, Respondent– Appellee.**

No. 94–40515.

United States Court of Appeals, Fifth Circuit.

May 14, 1998.

Rebecca L. Hudsmith, Lafayette, LA, for Petitioner–Appellant.

Kathleen Elizabeth Petersen, Baton Rouge, LA, for Respondent–Appellee.

Before JONES, STEWART and PARKER, Circuit Judges.

BY THE COURT:

This court, having considered the post-remand briefs filed by counsel for both parties, concludes that justice would best be served by remanding this case to the district court, and it is therefore ORDERED, that the case is REMANDED to the district court for further proceedings consistent with the decision of the U.S. Supreme Court in *Trest v. Cain, Warden,* —— U.S. ——, 118 S.Ct. 478, 139 L.Ed.2d 444 (1997).